Núm. 7947.—Rexach, apldo. *v.* Sucn. Rexach, dmdada. y Rossel Interventora.—C. D. San Juan. 

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia de la parte apelante, por los motivos expresados en la opinión emitida en el caso Civil Núm. 8138, *Rivera* v. *Rivera y Santiago, Interventor*, resuelto en el día de hoy (ante, pág. 205) se desestima la apelación interpuesta contra la resolución que dictó el juez de la corte de distrito en marzo 15, 1939, por ser inapelable tal resolución.

Núm. 8139.—Malgor & Cía., aplda. *v.* Sancho Bonet, Tes., aplte.—C. D. San Juan. Marzo 19, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, esta corte negó anteriormente la desestimación de la apelación establecida en este caso por no haberse acompañado con la moción las debidas certificaciones;

Por cuanto, la parte apelada presenta ahora un nuevo escrito que titula "Moción solicitando la reconsideración de resolución," el cual si bien trae algunas certificaciones, es más bien una nuevι moción para desestimar y no una de reconsideración, motivo por el cual ha debido notificarse a la parte apelante;

Por cuanto, la apelada puede levantar las debidas cuestiones cuando se celebre la vista del recurso;

Por tanto, no ha lugar a la desestimación.